AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gibbons, Julia S. | US Ct. of App. for Sixth Cir. | 10/10/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| US Cir. Judge-now Dist. Judge | X Nomination, Date 10/09/2001 <br><br> ___ Initial ___ Annual ___ Final | 01/01/2000 to 09/30/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1157 Federal Bldg. <br> 167 North Main St. <br> Memphis, TN 38103 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2000-01 | (Spouse) State of TN - salary as district attorney general | |
| 2 | 2000-01 | (Spouse) Shelby County - county supplement to salary as district attorney general | |
| 3 | 12/00 | (Spouse) Stokes Bartholomew Evans & Petree, P.C. fee income collected in 2000 for work performed prior to 11/01/96 (See Part VIII) | |
| 4 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Julia S. Gibbons | 10/10/01 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☐ NONE (No such reportable reimbursements.) | |
| 2 | EXEMPT | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☐ NONE (No such reportable gifts.) | | $ |
| 2 | EXEMPT | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☐ NONE (No reportable liabilities.) | | |
| 2 | Sallie Mae Servicing Corp. | PLUS Educational Loan | L |
| 3 | Spouse – Evans & Petree Employee Retirement Plan | Loan to spouse from his 401(k) account (see Part VIII) | Paid in full prior to end of reporting period |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 IRA Equitable Life Annuity-assets in Equivest | A | int | K | T | EXEMPT | | | | |
| 2 IRA Equitable Life Annuity-assets in Equivest Guarntd | A | int | K | T | " | | | | |
| 3 Interest account | | | | | | | | | |
| 4 Putnam Voyager Fund | B | div. & cap.gains | K | T | " | | | | |
| 5 Series EE U.S. Savings Bonds | A | int.not rec'd or | J | T | " | | | | |
| 6 | | credited during yr | | | | | | | |
| 7 Nat'l Bank of Commerce acct-Memphis, TN | A | int | J | T | " | | | | |
| 8 Evans & Petree 401(k) Plan (self-directed plan-see | | | | ◆ | | | | | |
| 9 Part VIII) | | | | | | | | | |
| 10 1) Investment Co. of America d/b/a The Amer. Funds | B | div | K | T | " | | | | |
| 11 Group 2) Bedford Money Market | A | div | K | T | " | | | | |
| 12 Fund (Morgan Keegan) 3) Schwab Institutional | | | | | | | | | |
| 13 Brokerage Trust Acct | none | | K | T | " | | | | |
| 14 Federal Bldg. Federal Credit Union Acct (X) | A | int | J | T | " | | | | |
| 15 State of TN 401(k) Union Planters bank acct | A | int | J | T | " | | | | — |
| 16 Schwab Walue Advantage Fund (money market) | C | div | L | T | " | | | | |
| 17 (1) Stock funds Janus Adviser Worldwde | none | | sold in entirety | | " | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000. | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>Exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| □ NONE (No reportable income,<br>assets, or transactions) | | | | | | | | | |
| 18 Oakmark Select Fund | none | | J | T | EXEMPT | | | | |
| 19 Schwab 1000 Fund-Select | none | | J | T | " | | | | |
| 20 Weitz Partners Value Fund | A | div | J | T | " | | | | |
| 21 | | | | | | | | | |
| 22 White Oak Growth Stock Fund | none | | J | T | " | | | | |
| 23 Nasdaq 100 Shares | none | | J | T | " | | | | |
| 24 Red Oak Technology | none | | J | T | " | | | | |
| 25 Federated Communication | none | | sold in entirety | | " | | | | |
| 26 | | | | | | | | | |
| 27 Invesco Telecommunication Fd | none | | sold in entirety | | " | | | | |
| 28 Eaton Vance Worldwide Healthcare | none | | J | T | " | | | | |
| 29 | | | | | | | | | |
| 30 I-shares U.S. Healthcare | A | div | J | T | " | | | | |
| 31 Scudder Healthcare Fund | none | | J | T | " | | | | |
| 32 Sector Spdr Fincl Select | A | div | J | T | " | | | | |
| 33 | | | | | | | | | |
| 34 2) Bond Funds | | | | | | | | | |
| 35 PIMCO Total Return Fund | A | div | J | T | " | | | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | (See Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Methods Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 36 Janus High Yield Fund | A | div | J | T | EXEMPT | | | | |
| 37 Loomis Sayles Bond Fund | A | div | J | T | " | | | | |
| 38 | | | | | | | | | |
| 39 Invesco Income High Yield Fund | A | div | sold in entirety | T | " | | | | |
| 40 | | | | | | | | | |
| 41 3) Schwab Money Market Fund | A | div | J | T | " | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

My husband no longer has an interest in Evans & Petree P.C. (after his departure from the firm, it merged with another firm and is now known as Stokes Martholomew Evans & Petree, P.C.). In December 2000 he received a fee for work done prior to November 1, 1996, when he left the firm (reported in Part III). This is the fee referred to in the 1999 report (Part VIII-1999 report) in which the fees were court-approved. The bulk of this fee was placed in the Federal Building Federal Credit Union account referred to in Part VII of the 2000 report for a short time. Investments of this fee were made in January 2001, as reported in Part VII of this report.

The 1999 loan to my husband from the Evans & Petree 401(k) plan, which is reported in Part VI of the report, was paid in full in January, 2001.

The Merrill Lynch money market fund listed in prior years is closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Julia Smith Gibbons_          Date _October 10, 2001_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks-varies-average amount | $5,000.00 | Notes payable to banks-secured | none |
| U.S. Government securities-add schedule | none | Notes payable to banks-unsecured | none |
| Listed securities-add schedule | none | Notes payable to relatives | none |
| Unlisted securities--add schedule | none | Notes payable to others | none |
| Accounts and notes receivable: | | Accounts and bills due-normal monthly bills only | |
| Due from relatives and friends | none | Unpaid income tax | none |
| Due from others    (see attached note) | $20,000.00 | Other unpaid income and interest | none |
| Doubtful | none | Real estate mortgages payable-add schedule | $413,533.66 |
| Real estate owned-add schedule-personal residence is only real estate-no schedule attached | $530,000.00 | Chattel mortgages and other liens payable | none |
| Real estate mortgages receivable | none | Other debts-itemize: | |
| Autos and other personal property-approx. | $160,000.00 | PLUS educational loans for daughter's education | $60,296.80 |
| Cash value-life insurance | $24,566.99 | | |
| Other assets itemize:(see continuation on next page) | | | |
| Schwab One Account (money market) (9/30/01) | $64,997.51 | | |
| Putnam Voyager Fund (9/20/01) | $17,293.55 | | |
| Schwab Brokerage Account (see attached)(9/30/01) | $92,194.04 | Total liabilities | $473,830.46 |
| Evans & Petree 401(k) (see attached) | $118,199.45 | Net Worth | $603,266.56 |
| Total Assets | $1,077,097.02 | Total liabilities and net worth | $1,077,097.02 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | none | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | none | Are you defendant in any suits or legal actions? | No |
| Legal Claims | none | Have you ever taken bankruptcy? | No |